Rakoff, J

James V. Marks (JM 6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200

Attorneys for Defendant

RECEIVED
OCT 28 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES E. SATLOFF AND DUSTIN N. SATLOFF,

Plaintiffs,

against

THE UPPER DECK COMPANY, LLC,

Defendant.

04 Civ. 5937 (JSR)

**STIPULATION OF DISMISSAL**

Plaintiffs and Defendant, by and through their respective attorneys, hereby agree to dismiss the instant action without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each side agrees to bear its own costs and attorneys' fees, and waives any right to appeal.

Dated: October ___, 2004

MILDE & HOFFBERG, LLP

By:______________________
Karl F. Milde, Jr. (KM 0576)
10 Bank Street, Suite 460
White Plains, New York 10606
(914) 9493100

Attorneys for Plaintiffs

HOLLAND & KNIGHT LLP

By: [signature]
James V. Marks (JM 6257)
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant

SO ORDERED, this 1st day of ~~October~~ November, 2004

[signature]
JED S. RAKOFF, U.S.D.J.

# 2304344_v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-1-04

James V. Marks (JM 6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES E. SATLOFF AND DUSTIN N. SATLOFF,

Plaintiffs,

against

THE UPPER DECK COMPANY, LLC,

Defendant.

04 Civ. 5937 (JSR)

**STIPULATION OF DISMISSAL**

Plaintiffs and Defendant, by and through their respective attorneys, hereby agree to dismiss the instant action without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each side agrees to bear its own costs and attorneys' fees, and waives any right to appeal.

Dated: October 25, 2004

MILDE & HOFFBERG, LLP

By: [signature]
Karl F. Milde, Jr. (KM 0576)
~~10~~ Bank Street, Suite 460
White Plains, New York 10606
(914) 9493100

Attorneys for Plaintiffs

HOLLAND & KNIGHT LLP

By:__________________
James V. Marks (JM 6257)
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant

SO ORDERED, this 1st day of ~~October~~ November, 2004

[signature: Jed S. Rakoff]
JED S. RAKOFF, U.S.D.J

# 2304344_v1